ACCEPTED
041400785CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/18/2015 4:02:13 PM
KEITH HOTTLE
CLERK

COURT OF APPEALS NO. 04-14-00785-CV

TRIAL COURT CASE NO. 2011 CI 15957

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/18/2015 4:02:13 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| MANUEL G. CASTRO | § | 45th JUDICIAL DISTRICT |
| AND | § | |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

## RESPONSE TO COURT'S REQUEST REGARDING
## STATUS OF BRIEF FOR APPELLEE

This Response is brought by Appellee, MANUEL G. CASTRO, by and through his attorney, JOSEPH P. APPELT, who shows in support thereof:

1.     Undersigned counsel was the trial attorney of record for Appellee, MANUEL G. CASTRO;

2.     Subsequently, after the Hon. Judge Janet Littlejohn entered the final order in this case, said order being titled Final Decree of Divorce, a Notice of Appeal was filed by Appellant's then attorney of record;

3.     Subsequent to the filing of the Notice of Appeal Appellant's attorney withdrew and Appellant proceeded pro se;

4.     On or about December 29, 2014 Appellant filed certain documents, including an Affidavit of Indigency in this matter;

5.     At the request of Appellee, undersigned counsel filed a response to contest the Affidavit of Indigency;

6.     Undersigned counsel agreed to draft, file and represent Appellee in his contest of Appellant's Affidavit of Indigency, knowing the said contest would be heard at the trial court level;

7.     Appellant did not and has not since secured the services of counsel for further proceedings related to this appeal;

8.     Undersigned counsel has made numerous attempts to contact Appellant regarding the pending appeal and the status thereof without success;

9.     In addition, undersigned counsel was under the mistaken impression his assistant had previously filed a Motion to Withdraw with this Court to properly reflect the cessation of

1

representation in this appeal and only discovered said motion had not been filed upon receiving notice of the past due Appellee Brief;

10.     Undersigned counsel has filed a Motion to Withdraw simultaneously with this Response and requests the Court to grant the said Motion to Withdraw;

11.     In the alternative, undersigned counsel requests the Court grant an extension of time to prepare and file a brief on behalf of Appellee.

Respectfully Submitted,

Joseph P. Appelt, P.C.
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228
210/375-1212 (Telephone)
210/375-1213 (Telecopier)

By: _____
JOSEPH P. APPELT
SBN: 00789809
ATTORNEY FOR MANUEL G. CASTRO
APPELLEE

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on May 18, 2015.

_____
JOSEPH P. APPELT
Attorney for MANUEL G. CASTRO

2